IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE CRAIG B. SHAFFER**

Civil Action:        12-rj-00004-CBS              Date: August 20, 2012
Courtroom Deputy:    Julie Dynes                  FTR: BNB COURTROOM A-401

| *Parties* | *Attorney(s)* |
|---|---|
| CORTEZ BYRD<br>SIMMONS LUNBER COMPANY S.A.<br>GREATH SOUTHERN LUMBER COMPANY LLC<br>L. CORTEZ BYRD<br>DOUG GRISSOM<br>JOHN S. ROBERTS SR.<br>JOHN S. ROBERTS JR.<br>**Plaintiff(s)** | *Charles H. Camp* |

v.

CORPORACION FORESTAL Y INDUSTRIAL DE
OLANCHO S.A.
WILLIAMS E. SIMMONS III
CARL SWAN
ISRAEL PACHECO
ALBERTO FIGUEROA
JOHN PEARSON
MYRA BERLIOZ
OSCAR ALVARENGA
MADERAS DE EXPORTACION S.A.
           **Defendant(s)**

v.

| | |
|---|---|
| SWAN ENERGY INC.<br><br>           **Garnishee** | *Dan W. Bonifazi*<br>*John H. Inderwish* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 10:00 a.m.

Appearance of counsel.

Argument and discussion held on [10] Garnishee's First Motion to Quash Subpoena; [9] Motion to Compel; and [5] Motion For Default Judgment.

Plaintiff withdraws Subpoena Duces Tecum.

**ORDERED:**  [5] Plaintiff's Motion For Default Judgment is DENIED.  [10] Garnishee Swan Energy, Inc's First Motion to Quash Subpoena is MOOT as Plaintiff withdrew Subpoena. [9] Plaintiff's Motion to Compel Disclosure by Swan Energy, Inc. is MOOT as Plaintiff withdrew Subpoena. Swan Engery is to provide answers to both writs of garnishments within 5 business days.

Court in Recess: 10:59 a.m.    Hearing concluded.     Total time in Court: 00:59

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119