IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:12-rj-00004-NONE-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: October 17, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*

CORTEZ BYRD, *et al*.,

    Plaintiffs,

v.

CORPORACION FORESTAL Y INDUSTRIAL DE OLANCHO, S.A., *et al*.

    Defendants.

*Counsel:*

Charles Henry Camp

Daniele William Bonifazi
John H. Inderwish

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the garnishee's MOTION to Quash Second Subpoena (Docket No. 17, filed on 8/31/2012), the plaintiff's BRIEF in Opposition to #17 MOTION to Quash Second Subpoena (Docket No. 19, filed on 9/20/2012), and the garnishee's REPLY to Response to #17 MOTION to Quash Second Subpoena (Docket No. 20, filed on 9/27/2012).

Discussion between the court and the parties regarding the garnishee's MOTION to Quash Second Subpoena (Docket No. 17, filed on 8/31/2012), 804 depositions and hearsay, Rule 45, Rule 26(b)(2)(b), Rule 34, Rule 26(b)(1), and Rule 1.

For reasons as stated on the record,

**ORDERED:**   The court **DENIES** the garnishee's MOTION to Quash Second Subpoena (Docket No. 17, filed on 8/31/2012).

Discussion between the court and the parties regarding having a 7.1 conference, and Rule 26(b)(2)(c).

HEARING CONCLUDED.

**Court in recess**:   **1:21 p.m.**
Total time in court:   00:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.